# JAMES J. DIPIETRO
*Attorney at Law*

186 JORALEMON STREET
BROOKLYN, NEW YORK 11201

(718) 875-4207
FAX (718) 875-1717
JJD25ESQ@aol.com

January 31, 2012

Honorable Kiyo A. Matsumoto
United States District Court
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

                     Re: **U.S. v. Benjamin Castellazzo**
                             **11-CR-00030 (KAM)**

Dear Judge Matsumoto,

       I am counsel to Benjamin Castellazzo. My client has a sentence date presently scheduled for March 8, 2012 at 11 A.M.

       It is my understanding the Probation Department needs additional time to prepare my client's pre-sentence report. In addition there is the possibility of a global disposition involving several remaining co-defendants that may impact my client's ultimate sentencing.

       For the reasons indicated above I am respectfully requesting an adjournment of Mr. Castellazzo's sentence. I have spoken to AUSA Elizabeth Geddes who joins in the defendant's application to adjourn his sentence. Both counsel for the defendant and AUSA Geddes are requesting a mid June, 2012 date for sentencing that is convenient for the Court.

Respectfully submitted,

James J. DiPietro

JJD/mb

Dated: January 31, 2012

**SO ORDERED:**

_____
**HONORABLE KIYO A. MATSUMOTO**